# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOLMAGE, BRIAN JOHNSON, DANIEL REYNOLDS, individually, and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T, Corp.<br><br>Defendants. | Case No. 3:16-cv-04862-VC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

The Court, having considered the submissions of Plaintiffs Robert Dolmage, Brian Johnson and Daniel Reynolds (collectively, "Named Plaintiffs") and Defendant Pacific Bell Telephone Company ("Pac Bell")[1] (together, "the Parties"), and having considered the oral presentation by counsel for all Parties, and good cause appearing therefor, this Court orders as follows:

1. The individual causes of action of Plaintiffs Robert Dolmage, Brian Johnson and Daniel Reynolds are hereby dismissed with prejudice;
2. The class allegations asserted in the operative complaint in this action are dismissed without prejudice to any unnamed class members;
3. Defendant shall give notice of this dismissal to the Communications Workers of America: Local 9400;
4. Defendant shall file proof of service of such notice of the dismissal of this action on the Communications Workers of America: Local 9400 within fourteen (14) days of entry of the Order dismissing the action; and
5. Each of the Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 14, 2018

HON. VINCE CHHABRIA

---

[1] The Parties previously agreed that Defendant Pacific Bell Telephone Company erroneously was sued as "AT&T Corp." *See Larson v. Pacific Bell Telephone Company*, Case No. 3:16-cv-04858-VC (ECF 12, 20, 40).

[PROPOSED] ORDER DISMISSING ACTION